UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

TVIQ LLC,

                          Plaintiffs,

        -against-

Freecast, Inc.,

                          Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

*7:25-cv-5974 KMK-VR*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2025

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **12/18/2025 at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

    (1) a brief summary of claims, defenses, and relevant issues;
    (2) the basis of subject matter jurisdiction;
    (3) the subjects on which discovery may be needed;
    (4) any anticipated discovery disputes or sought-after limitations on discovery;
    (5) any plans for electronic discovery and ESI protocols;
    (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
    (7) any anticipated motions; and
    (8) the prospects and timing for early settlement or resolution.

    **SO ORDERED.**

DATED:    White Plains, New York
                November 18, 2025

                                                        _____
                                                        VICTORIA REZNIK
                                                       United States Magistrate Judge