**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X

TVIQ LLC,

                         Plaintiff,

                -against-

Freecast, Inc.,

                         Defendant.
--------------------------------------------------------------------X

25-cv-05974-KMK-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On January 26, 2026, the Court directed the parties to submit a joint status letter, by no later than February 27, 2026, updating the Court on the status of discovery. (ECF No. 17). On February 27, 2026, Plaintiff filed a status letter, but Defendant did not, so the Court directed Defendant to respond to Plaintiff's letter by March 5, 2026. (ECF No. 19). The Court has yet to receive such a letter. Defendant is directed to submit a letter response by no later than **March 10, 2026**.

     **SO ORDERED.**

DATED:    White Plains, New York
            March 6, 2026

 

_____
VICTORIA REZNIK
United States Magistrate Judge