USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 4/14/2026 __

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TVIQ LLC,

                        Plaintiffs,                25-cv-05974-KMK-VR

         -against-                       **ORDER**

Freecast, Inc.,

                        Defendant.

-------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

A discovery conference (via telephone) is hereby scheduled for **4/21/2026 at 11:00 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the conference, the parties should be prepared to discuss the issues raised in ECF Nos. 27, 29, and 30.

       **SO ORDERED.**

DATED:    White Plains, New York
            April 14, 2026

                                 _____
                                 VICTORIA REZNIK
                                 United States Magistrate Judge