**GORDONLAW LLP**

# MEMO ENDORSED

April 23, 2026

The Court directs the parties to file a stipulation of dismissal by no later than **May 8, 2026**. In light of the parties' settlement in principle, the outstanding requests to file discovery motions (ECF Nos. 27 and 30) are **DENIED** as moot. The Clerk of Court is respectfully directed to close the gavels on ECF Nos. 27 and 30.

**BY ECF**

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 4/24/2026

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
    Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Magistrate Judge Victoria Reznik
The Hon. Charles L. Brieant Jr.
    Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:    *TVIQ LLC v. Freecast Inc.*, 7:25-cv-05974-KMK-VR
       **Report of Settlement**

Dear Judge Karas and Magistrate Judge Reznik:

I am pleased to report that the parties have settled the referenced action. Counsel are working on a settlement agreement and expect to file a stipulation of dismissal within the next ten days.

Respectfully yours,

Michael R. Gordon

cc:    Counsel of record (by ECF)

GORDONLAW LLP
www.gordonlawllp.com    51 Bedford Road, Suite 10, Katonah, NY 10536    D 914.232.9500
M 914.671.6873
F 914.992.6634